UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT JESSE HILL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LISA FISCH,<br><br>　　　　　Defendant. | CASE NO. 3:22-cv-05320-RSM-BAT<br><br>**ORDER** |

Having reviewed the Report and Recommendation of the assigned United States Magistrate Judge any objections to that, and the remaining record, the Court finds and ORDERS:

(1)　The Court ADOPTS the Report and Recommendation.

(2)　The case is dismissed with prejudice.

(3)　The Clerk is directed to send copies of this Order to Plaintiff.

DATED this 14th day of June, 2022.

　　　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 1